*Formatted for Electronic Distribution*                                      *Not for Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

**In re:**

    **Kenneth C. Ruest,**            Chapter 13 Case
        **Debtor**                 **# 08-10512**

_____

**Kenneth C. Ruest,**
       **Plaintiff,**
    v.
                                         **Adversary Proceeding**
**Citibank, N.A., as Trustee for the**   **# 09-1035**
**MLMI Trust Series 2006-HE5, et al.,**
       **Defendants.**

_____



Filed & Entered
On Docket
August 23, 2011

*Appearances:*

  Rebecca A. Rice, Esq.          Alexandra E. Edelman, Esq.
  Cohen & Rice                   Kevin M. Henry, Esq.
  Rutland, Vermont               Gary F. Karnedy, Esq.
  For Kenneth C. Ruest           Douglas J. Wolinsy, Esq.
                                 Primmer Piper Eggleston & Cramer
                                 Burlington, Vermont
                                 For Citibank, N.A., as Trustee for the
                                 MLMI Trust Series 2006-HE5

### ORDER
#### GRANTING IN PART AND DENYING IN PART
#### THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    For the reasons set forth in the memorandum of even date, IT IS HEREBY ORDERED that the motion for summary judgment filed by Citibank N.A. as Trustee for the MLMI Trust Series 2006-HE5 (the "Bank") on January 17, 2011 (doc. # 33), is GRANTED on the issue of whether the Debtor may obtain relief based his TILA and RESPA claims against the Bank and judgment may be entered thereon in favor of the Bank; and is DENIED as to the Debtor's claim that the Bank lacks standing; and

    IT IS FURTHER ORDERED that the Bank's request for attorneys' fees and costs is DENIED.

    SO ORDERED.

                                                                                           _____

August 23, 2011                                    Colleen A. Brown
Burlington, Vermont                                United States Bankruptcy Judge